

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION </br></br> Plaintiff, </br></br> v. </br></br> STERIS CORPORATION </br></br> and </br></br> SYNERGY HEALTH PLC </br></br> Defendants. | 1 : 15 CV 1080 </br></br> No. ____-cv-____ </br></br> FILED UNDER SEAL </br></br> JUDGE POLSTER |

## PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, the Federal Trade Commission (the "Commission"), by its designated attorneys, respectfully moves this Court under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), for a preliminary injunction and a temporary restraining order enjoining Defendant STERIS Corporation ("STERIS"), including its domestic and foreign agents, divisions, subsidiaries, affiliates, partnerships, and joint ventures, from acquiring Defendant Synergy Health plc ("Synergy") pursuant to an Agreement and Plan of Merger dated October 13, 2014 (the "Acquisition"). Absent the Court's injunctive relief, Defendants will be able to consummate the Acquisition after 11:59 p.m. on June 1, 2015.

1

The Plaintiff has filed in this Court a complaint seeking a preliminary injunction and a temporary restraining order preventing Defendant STERIS from acquiring Defendant Synergy, pending resolution of the Commission's administrative proceeding, and any appeals, regarding whether the Acquisition violates Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45. A full evidentiary hearing before an Administrative Law Judge is scheduled for October 28, 2015.

A preliminary injunction and a temporary restraining order are necessary on the grounds that there is reason to believe that, if the Defendants are permitted to consummate such acquisition, the Defendants will violate Section 5 of the Federal Trade Commission Act, 15 U.S.C. § 45, and Section 7 of the Clayton Act, 15 U.S.C. § 18, by engaging in unfair methods of competition and otherwise substantially lessening competition in the relevant markets as alleged in the complaint. A temporary restraining order is necessary to enable the Court to enter full and effective relief upon the completion of the preliminary injunction hearing. A preliminary injunction is in the public interest to maintain the status quo and to protect competition during the Commission's administrative proceeding and any appeal pending a final decision on the legality of the merger.

This motion is supported by the memorandum of points and authorities submitted in support of both the plaintiff's motion for a preliminary injunction and its motion for a temporary restraining order and attached exhibits filed with this motion.

The Commission respectfully requests the opportunity to present oral argument in support of this motion.

Notice of this motion has been given to defendants' attorneys by the undersigned attorneys prior to the filing of the present action.

A proposed preliminary injunction order is attached.

Dated: May 29, 2015                     Respectfully submitted,

                                        /s/ Michael Moiseyev
                                        MICHAEL MOISEYEV
                                        DANIEL K. ZACH
                                        TARA REINHART
                                        PETER COLWELL
                                        Attorneys
                                        Federal Trade Commission
                                        Bureau of Competition
                                        400 7th St., SW
                                        Washington, DC 20024
                                        Telephone: 202-326-3106
                                        Facsimile: 202-326-2655
                                        Email: mmoiseyev@ftc.gov

                                        DEBORAH L. FEINSTEIN
                                        Director
                                        STEPHEN WEISSMAN
                                        Deputy Director
                                        Federal Trade Commission
                                        Bureau of Competition

                                        JONATHAN NUECHTERLEIN
                                        General Counsel
                                        Federal Trade Commission

                                        *Attorneys for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I hereby **CERTIFY** that, on the 29th day of May, 2015, I filed the foregoing Motion for Temporary Restraining Order and Preliminary Injunction with the Clerk of the Court.

/s/ Peter Colwell
Peter Colwell
FEDERAL TRADE COMMISSION
Bureau of Competition
400 7th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 326-3362
Email: pcolwell@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*

I hereby **CERTIFY** that, on the 29th day of May, 2015, I served the foregoing Motion for Temporary Restraining Order and Preliminary Injunction on the following counsel for Defendants via electronic mail:

| Nelson Fitts<br>WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, New York 10019<br>Telephone: 212-403-1361<br>Email: nofitts@wlrk.com<br><br>*Attorney for Defendant, STERIS Corporation* | Paolo Morante<br>DLA PIPER LLP<br>1251 Avenue of the Americas<br>New York, New York 10020-1104<br>Telephone: 212-335-4813<br>Email: paolo.morante@dlapiper.com<br><br>*Attorney for Defendant Synergy Health plc* |
|---|---|

/s/ Tara Reinhart
Tara Reinhart
FEDERAL TRADE COMMISSION
Bureau of Competition
600 Pennsylvania Ave., NW
Washington, D.C. 20580
Phone: (202) 326-2638
Email: treinhart@ftc.gov

*Attorney for Plaintiff Federal Trade Commission*